AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jimmy Carter, Jr. | ) | Case No: 2:02CR7-01-MEF |
| | ) | USM No: 10986-002 |
| Date of Previous Judgment: 9/29/2003 | ) | Thomas Goggans |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

**X DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | _____ |
| Criminal History Category: | VI | Criminal History Category: | _____ |
| Previous Guideline Range: | 360 to life months | Amended Guideline Range: | ____ to ____ months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
**X** Other (explain):   Defendant is not eligible for a reduction under the amended guidelines for cocaine base. The court found that the defendant possessed at least 30 kilograms of cocaine base. Under the amended guidelines, 4.5 kilograms or more establishes a base offense level of 38.

### III. ADDITIONAL COMMENTS

**The Court has considered the factors set for in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.**

Except as provided above, all provisions of the judgment dated  9/29/2003  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   5·7·10

Judge's signature

Effective Date: _____
(if different from order date)

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Printed name and title